IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1292-LPS |
| | ) | |
| SILANNA SEMICONDUCTOR NORTH AMERICA, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF SUBSEQUENT AUTHORITY**

On April 16, 2020, Plaintiff Power Integrations, Inc. filed a response to the Notice of Subsequent Authority filed by Defendant Silanna Semiconductor North America, Inc. regarding a judicial opinion in *Power Integrations, Inc. v. De Lara et al.*, 3:20-cv-00410-MMA-MSB (S.D. Cal.) (the "California Action"), in which the California court granted the employee defendants' motion to dismiss without prejudice and with leave to amend with respect to the trade secret misappropriation, breach of contract (based on allegations of breach of the non-disclosure agreements), and interference with contractual relations claims, among others. (D.I. 18, 19).

Pursuant to Local Rule 7.1.2(b), Power Integrations hereby notifies the Court of the second amended complaint ("SAC") filed on May 18, 2020 by Power Integrations in the California Action pursuant to the California court's order referenced in D.I. 18. A copy of the SAC, including Appendix A to the SAC (which is a redlined version comparing the SAC to the first amended complaint), is attached hereto as Exhibit A. Exhibits to the SAC are not attached but are available on request. Key new allegations relating to Power Integrations' trade misappropriation and breach of contract claims against the employee defendants can be found in the following paragraphs of the SAC: Paragraphs 13-28, 31-41, 43-58, 60-82, 84, 87-97.

1

OF COUNSEL:
David J. Miclean
Limin Zheng
MICLEAN GLEASON LLP
1301 Shoreway Road
Belmont, CA 94002
(650) 684-1181
dmiclean@micleangleason.com
lzheng@micleangleason.com

/s/ John W. Shaw
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
*Attorneys for Plaintiff Power Integrations, Inc.*

Dated: May 27, 2020

2