**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1292-LPS |
| | ) | |
| SILANNA SEMICONDUCTOR NORTH | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF SUBSEQUENT**
**AUTHORITY**

Defendant Silanna Semiconductor North America, Inc. ("Silanna") hereby responds to the ostensible Notice of Subsequent Authority filed by Plaintiff Power Integrations, Inc. ("Power Integrations") (D.I. 20).  Power Integrations' purported "authority" is nothing of the sort. Instead, it is merely the second amended complaint ("SAC") Power Integrations filed in *Power Integrations, Inc., v. Edison D. De Lara, et al*., 3:20-cv-00410-MMA-MSB (S.D. Cal.) (the "California Action") after their original complaint was dismissed and all of Power Integrations' claims based on the restrictive covenants in the Power Integrations' employment and confidentiality agreements were dismissed with prejudice.  *See* D.I. 18, Ex. A at 27 ("Plaintiff cannot state a plausible claim based on Defendants' alleged breach of those clauses . . . ."). Power Integrations' SAC has no bearing on the opinion dismissing the original complaint in the California Action (*see* D.I. 18) or Silanna's motion to dismiss the complaint in this action.  The SAC suffers from the same defects as Power Integrations' previous complaint, and it will be subject to a new motion to dismiss, which Silanna intends to file no later than June 1, 2020.

OF COUNSEL

Micha Danzig
Paul M. Huston
Mintz Levin Cohn Ferris
Glovsky & Popeo, P.C.
3580 Carmel Mountain Rd.
Suite 300
San Diego, CA 92130

Dated: May 29, 2020
6746015

POTTER ANDERSON & CORROON LLP

By: /s/ *Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000

*Attorneys for Defendant*
*Silanna Semiconductor North America, Inc*