

John W. Shaw
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0701 – Direct
jshaw@shawkeller.com

July 22, 2020

**BY CM/ECF**

The Honorable Leonard P. Stark
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    *Power Integrations, Inc. v. Silanna Semiconductor North American, Inc.*,
            C.A. No. 19-1292-LPS

Dear Judge Stark:

      Attached is the parties' proposed Scheduling Order for this action. The parties have agreed to all dates and other provisions, leaving blank only the dates for a case dispositive motions hearing, the pre-trial conference, and trial.

                                     Respectfully submitted,

                                     */s/ John W. Shaw*

                                     John W. Shaw (No. 3362)

cc:    Clerk of the Court (by CM/ECF)
         All counsel of record (by CM/ECF & e-mail)