# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1292-LPS |
| | ) | |
| SILANNA SEMICONDUCTOR NORTH AMERICA, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, subject to the approval of the Court, that the time for the parties to make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) is further extended from November 5, 2020 to December 7, 2020.

| | |
|---|---|
| SHAW KELLER LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ John W. Shaw* <br> John W. Shaw (#3362) <br> Karen E. Keller (#4489) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> kkeller@shawkeller.com | By: */s/ Philip A. Rovner* <br> Philip A. Rovner (#3215) <br> Jonathan A. Choa (#5319) <br> Hercules Plaza <br> P.O. Box 951 <br> Wilmington, DE 19899-0951 <br> (302) 984-6000 <br> provner@potteranderson.com <br> jchoa@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: November 5, 2020
6924916

IT IS SO ORDERED this _____ day of _____, 2020.

_____
U.S.D.J.